FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## District of Hawaii

APR 03 2004
at __9__ o'clock and ____ min. ___M
WALTER A. Y. H. CHINN, CLERK

UNITED STATES OF AMERICA
v.
**LAWILLIE RENARD DURHAM**
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number:     1:01CR00473-001
USM Number:          97346-071

Alexander Silvert, FAFPD
Defendant's Attorney

**THE DEFENDANT:**

[✓]  admitted guilt to violation of condition(s) General Condition, Special Condition No. 1, of the term of supervision.

[ ]  was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   **7462**

Defendant's Residence Address:
**Pikake Court #103**

Defendant's Mailing Address:
**Pikake Court #103**

April 2, 2004
Date of Imposition of Sentence

_/s/_
Signature of Judicial Officer

**DAVID ALAN EZRA**, Chief United States District Judge
Name & Title of Judicial Officer

APR 0 8 2004
Date

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:    1:01CR00473-001 | Judgment - Page 3 of 3 |
| DEFENDANT:     LAWILLIE RENARD DURHAM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  8 MONTHS .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       Ashland, Kentucky.  Drug treatment.  Educational and Vocational training.  Mental health treatment.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

        Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                              _____
                                                              UNITED STATES MARSHAL

                                                    By    _____
                                                              Deputy U.S. Marshal

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:01CR00473-001
DEFENDANT:       LAWILLIE RENARD DURHAM

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Operated wife's vehicle with a suspended driver's license on 12/9/2003 and 2/5/2004, conduct constituting Driving With Suspended License, in violation of Hawaii Revised Statutes §286-132 | |
| 3 | Refused to submit to drug testing at Hina Mauka - Waipahu on | 2/06/2004<br>2/14/2004<br>2/24/2004 |
| 4 | Urine specimen submitted on 2/18/2004 and 2/26/2004 tested positive for methamphetamine and amphetamine, and the subject admitted using methamphetamine on 2/17/2004 and 2/24/2004 | |
| 5 | Subject was convicted on 3/4/2004 of Assault by Striking, in violation of 18 U.S.C. §113(a)(4) | |
| 6 | Urine specimen submitted on 3/1/2004 tested positive for methamphetamine and amphetamine | |